AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

<table>
<tr><td>PAMELA JOHNSON<br><br>_____<br><i>Plaintiff(s)</i><br>v.<br>CLARK, LOVE & HUTSON, G.P., LEE & MURPHY LAW<br>FIRM, G.P, CLAYTON A. CLARK, CLAYTON A. CLARK, ESQ., PC,<br>SCOTT A. LOVE, PC, SHELLEY HUTSON, HUTSON LAW FIRM,<br>P.C., JAMES LEE, JR. JAMES LEE LAW FIRM, PC, AND ERIN<br>MURPHY<br>_____<br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.  <b>4:19-cv-02693</b></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To:
> CLARK, LOVE & HUTSON, G.P.
> 440 LOUISIANA, STE 1600
> HOUSTON, TX 77002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> JAMES M. BEGGS, TX 02046500
> LYNDA LANDERS, TX 24000145
> **BEGGS LANDERS LAW FIRM, PLLC**
> 140 E IRVING BLVD, IRVING, TX 75060

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*David J. Bradley, Clerk of Court*

Date: September 16, 2019

*s/ H. Lerma*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    4:19-cv-02693

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

My fees are $_____ for travel and $_____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____                  _____
                                                              *Server's signature*

                                                              _____
                                                              *Printed name and title*

                                                              _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

<table>
<tr><td>PAMELA JOHNSON<br><br>_____<br><i>Plaintiff(s)</i><br>v.<br>CLARK, LOVE & HUTSON, G.P., LEE & MURPHY LAW<br>FIRM, G.P, CLAYTON A. CLARK, CLAYTON A. CLARK, ESQ., PC,<br>SCOTT A. LOVE, PC, SHELLEY HUTSON, HUTSON LAW FIRM,<br>P.C., JAMES LEE, JR. JAMES LEE LAW FIRM, PC, AND ERIN<br>MURPHY<br>_____<br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No. **4:19-cv-02693**</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To:
SCOTT A. LOVE
440 LOUISIANA ST.
SUITE 1600
HOUSTON, TX 77002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAMES M. BEGGS, TX 02046500
LYNDA LANDERS, TX 24000145
**BEGGS LANDERS LAW FIRM, PLLC**
140 E IRVING BLVD, IRVING, TX 75060

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*David J. Bradley, Clerk of Court*



Date: September 16, 2019

*s/ H. Lerma*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    4:19-cv-02693

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $_____ for travel and $_____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                    *Server's signature*

                                                    _____
                                                    *Printed name and title*


                                                    _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | |
|---|---|
| PAMELA JOHNSON | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  **4:19-cv-02693** |
| CLARK, LOVE & HUTSON, G.P., LEE & MURPHY LAW FIRM, G.P, CLAYTON A. CLARK, CLAYTON A. CLARK, ESQ., PC, SCOTT A. LOVE, PC, SHELLEY HUTSON, HUTSON LAW FIRM, P.C., JAMES LEE, JR. JAMES LEE LAW FIRM, PC, AND ERIN MURPHY | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To:
    CLAYTON A. CLARK, ESQ., PC
    440 LOUISIANA, STE 1600
    HOUSTON, TX 77002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    JAMES M. BEGGS, TX 02046500
    LYNDA LANDERS, TX 24000145
    **BEGGS LANDERS LAW FIRM, PLLC**
    140 E IRVING BLVD, IRVING, TX 75060

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*David J. Bradley, Clerk of Court*

Date: September 16, 2019

*s/ H. Lerma*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    4:19-cv-02693

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $_____ for travel and $_____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                        *Server's signature*

                                                        _____
                                                        *Printed name and title*


                                                        _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

|  |  |  |
|---|---|---|
| PAMELA JOHNSON | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No. **4:19-cv-02693** |
| v. | ) | |
| CLARK, LOVE & HUTSON, G.P., LEE & MURPHY LAW FIRM, G.P, CLAYTON A. CLARK, CLAYTON A. CLARK, ESQ., PC, SCOTT A. LOVE, PC, SHELLEY HUTSON, HUTSON LAW FIRM, P.C., JAMES LEE, JR. JAMES LEE LAW FIRM, PC, AND ERIN MURPHY | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To:
> CLAYTON A. CLARK
> 440 LOUISIANA, STE 1600
> HOUSTON, TX 77002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> JAMES M. BEGGS, TX 02046500
> LYNDA LANDERS, TX 24000145
> **BEGGS LANDERS LAW FIRM, PLLC**
> 140 E IRVING BLVD, IRVING, TX 75060

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*David J. Bradley, Clerk of Court*

Date: September 16, 2019

*s/ H. Lerma*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    4:19-cv-02693

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $_____ for travel and $_____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                            *Server's signature*

                                                            _____
                                                            *Printed name and title*


                                                            _____
                                                            *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

|  |  |  |
|---|---|---|
| PAMELA JOHNSON | ) ) ) ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No.  **4:19-cv-02693** |
| v. | ) | |
| CLARK, LOVE & HUTSON, G.P., LEE & MURPHY LAW FIRM, G.P, CLAYTON A. CLARK, CLAYTON A. CLARK, ESQ., PC, SCOTT A. LOVE, PC, SHELLEY HUTSON, HUTSON LAW FIRM, P.C., JAMES LEE, JR. JAMES LEE LAW FIRM, PC, AND ERIN MURPHY | ) ) ) ) ) ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To:

      ERIN MURPHY
      440 LOUISIANA, STE 300
      HOUSTON, TX 77002

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      JAMES M. BEGGS, TX 02046500
      LYNDA LANDERS, TX 24000145
      **BEGGS LANDERS LAW FIRM, PLLC**
      140 E IRVING BLVD, IRVING, TX 75060

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*David J. Bradley, Clerk of Court*



Date: September 16, 2019

      *s/ H. Lerma*
      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    4:19-cv-02693

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $_____ for travel and $_____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____            _____
                                        *Server's signature*

                                 _____
                                        *Printed name and title*


                                 _____
                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

PAMELA JOHNSON

_____
*Plaintiff(s)*

v.

CLARK, LOVE & HUTSON, G.P., LEE & MURPHY LAW
FIRM, G.P, CLAYTON A. CLARK, CLAYTON A. CLARK, ESQ., PC,
SCOTT A. LOVE, PC, SHELLEY HUTSON, HUTSON LAW FIRM,
P.C., JAMES LEE, JR. JAMES LEE LAW FIRM, PC, AND ERIN
MURPHY
_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  **4:19-cv-02693**

## SUMMONS IN A CIVIL ACTION

To:
      HUTSON LAW FIRM, P.C.
      440 LOUISIANA ST.
      SUITE 1600
      HOUSTON, TX 77002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

      JAMES M. BEGGS, TX 02046500
      LYNDA LANDERS, TX 24000145
      **BEGGS LANDERS LAW FIRM, PLLC**
      140 E IRVING BLVD, IRVING, TX 75060

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*David J. Bradley, Clerk of Court*

Date: September 16, 2019



*s/ H. Lerma*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    4:19-cv-02693

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $_____ for travel and $_____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____               _____
                                                            *Server's signature*

                                                   _____
                                                            *Printed name and title*


                                                   _____
                                                            *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

|  |  |  |
|---|---|---|
| PAMELA JOHNSON | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No.  **4:19-cv-02693** |
| v. | ) | |
| CLARK, LOVE & HUTSON, G.P., LEE & MURPHY LAW FIRM, G.P, CLAYTON A. CLARK, CLAYTON A. CLARK, ESQ., PC, SCOTT A. LOVE, PC, SHELLEY HUTSON, HUTSON LAW FIRM, P.C., JAMES LEE, JR. JAMES LEE LAW FIRM, PC, AND ERIN MURPHY | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To:

      JAMES LEE LAW FIRM, P.C.
      743 WEST 18TH
      HOUSTON, TX 77008

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      JAMES M. BEGGS, TX 02046500
      LYNDA LANDERS, TX 24000145
      **BEGGS LANDERS LAW FIRM, PLLC**
      140 E IRVING BLVD, IRVING, TX 75060

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*David J. Bradley, Clerk of Court*



Date: September 16, 2019

*s/ H.  Lerma*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    4:19-cv-02693

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $_____ for travel and $_____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____                _____

*Server's signature*

_____

*Printed name and title*

_____

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | | |
|---|---|---|
| PAMELA JOHNSON | ) | |
| | ) | |
| *Plaintiff(s)* | ) | Civil Action No. **4:19-cv-02693** |
| v. | ) | |
| CLARK, LOVE & HUTSON, G.P., LEE & MURPHY LAW FIRM, G.P, CLAYTON A. CLARK, CLAYTON A. CLARK, ESQ., PC, SCOTT A. LOVE, PC, SHELLEY HUTSON, HUTSON LAW FIRM, P.C., JAMES LEE, JR. JAMES LEE LAW FIRM, PC, AND ERIN MURPHY | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To:
      JAMES LEE, JR.
      440 LOUISIANA ST.
      SUITE 900
      HOUSTON, TX 77002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      JAMES M. BEGGS, TX 02046500
      LYNDA LANDERS, TX 24000145
      **BEGGS LANDERS LAW FIRM, PLLC**
      140 E IRVING BLVD, IRVING, TX 75060

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*David J. Bradley, Clerk of Court*



Date: September 16, 2019

*s/ H. Lerma*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    4:19-cv-02693

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $_____ for travel and $_____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                              *Server's signature*

                                         _____
                                              *Printed name and title*

                                         _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

<table>
<tr><td>PAMELA JOHNSON</td><td>)<br>)<br>)<br>)</td></tr>
<tr><td style="text-align:center"><i>Plaintiff(s)</i></td><td>)</td></tr>
<tr><td style="text-align:center">v.</td><td>)</td></tr>
<tr><td>CLARK, LOVE & HUTSON, G.P., LEE & MURPHY LAW<br>FIRM, G.P, CLAYTON A. CLARK, CLAYTON A. CLARK, ESQ., PC,<br>SCOTT A. LOVE, PC, SHELLEY HUTSON, HUTSON LAW FIRM,<br>P.C., JAMES LEE, JR. JAMES LEE LAW FIRM, PC, AND ERIN<br>MURPHY</td><td>)<br>)<br>)<br>)<br>)</td></tr>
<tr><td style="text-align:center"><i>Defendant(s)</i></td><td>)</td></tr>
</table>

Civil Action No. **4:19-cv-02693**

## SUMMONS IN A CIVIL ACTION

To:
LEE & MURPHY LAW FIRM, G.P.
743 WEST 18TH
HOUSTON, TX 77008

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAMES M. BEGGS, TX 02046500
LYNDA LANDERS, TX 24000145
**BEGGS LANDERS LAW FIRM, PLLC**
140 E IRVING BLVD, IRVING, TX 75060

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*David J. Bradley, Clerk of Court*

Date: September 16, 2019

*s/ H. Lerma*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.     4:19-cv-02693

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $_____ for travel and $_____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                            *Server's signature*

                                                            _____
                                                            *Printed name and title*


                                                            _____
                                                            *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

<table>
<tr><td>PAMELA JOHNSON<br><br>_____<br><i>Plaintiff(s)</i><br><br>v.<br><br>CLARK, LOVE & HUTSON, G.P., LEE & MURPHY LAW<br>FIRM, G.P, CLAYTON A. CLARK, CLAYTON A. CLARK, ESQ., PC,<br>SCOTT A. LOVE, PC, SHELLEY HUTSON, HUTSON LAW FIRM,<br>P.C., JAMES LEE, JR. JAMES LEE LAW FIRM, PC, AND ERIN<br>MURPHY<br>_____<br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No. **4:19-cv-02693**</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To:
        SCOTT A. LOVE, PC
        440 LOUISIANA ST.
        SUITE 1600
        HOUSTON, TX 77002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        JAMES M. BEGGS, TX 02046500
        LYNDA LANDERS, TX 24000145
        **BEGGS LANDERS LAW FIRM, PLLC**
        140 E IRVING BLVD, IRVING, TX 75060

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*David J. Bradley, Clerk of Court*

Date: September 16, 2019

*s/ H. Lerma*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    4:19-cv-02693

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $_____ for travel and $_____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                              *Server's signature*

                                                          _____
                                                              *Printed name and title*

                                                          _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

|  |  |
|---|---|
| PAMELA JOHNSON <br><br> *Plaintiff(s)* <br><br> v. <br> CLARK, LOVE & HUTSON, G.P., LEE & MURPHY LAW FIRM, G.P, CLAYTON A. CLARK, CLAYTON A. CLARK, ESQ., PC, SCOTT A. LOVE, PC, SHELLEY HUTSON, HUTSON LAW FIRM, P.C., JAMES LEE, JR. JAMES LEE LAW FIRM, PC, AND ERIN MURPHY <br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.  **4:19-cv-02693** |

## SUMMONS IN A CIVIL ACTION

To:
> SHELLEY HUTSON
> 440 LOUISIANA, STE 1600
> HOUSTON, TX 77002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> JAMES M. BEGGS, TX 02046500
> LYNDA LANDERS, TX 24000145
> **BEGGS LANDERS LAW FIRM, PLLC**
> 140 E IRVING BLVD, IRVING, TX 75060

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*David J. Bradley, Clerk of Court*

Date: September 16, 2019



*s/ H. Lerma*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.     4:19-cv-02693

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $_____ for travel and $_____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: